6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Case: 2:26-cr-20518
Assigned To : Leitman, Matthew F.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/6/2026
Description: IND USA V SEALED (MRS)

UNITED STATES OF AMERICA,

v.

D-1 ANTHONY JONES,
D-2 AARON HOLLOWELL,

Defendants.
_________________________________/

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

# Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 ANTHONY JONES
D-2 AARON HOLLOWELL

From in or around September 1, 2024, through on or about September 30, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, ANTHONY JONES and AARON HOLLOWELL, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with intent to

distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, ANTHONY JONES, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to the defendant, AARON HOLLOWELL, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount

of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**Count Two**
**Attempted Possession of Methamphetamine with Intent to Distribute**
**21 U.S.C. §§ 846 & 841(a)(1)**

D-1 ANTHONY JONES
D-2 AARON HOLLOWELL

On or about September 2, 2025, in the Eastern District of Michigan, the defendants, ANTHONY JONES and AARON HOLLOWELL, knowingly and intentionally attempted to possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

**Forfeiture Allegations**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title

28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, 846 the defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Andrea Hutting
Andrea Hutting
Assistant United States Attorney

Dated: August 6, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet**

**Case: 2:26-cr-20518**
**Assigned To : Leitman, Matthew F.**
**Referral Judge: Altman, Kimberly G.**
**Assign. Date : 08/06/2026**
**Description: IND USA V SEALED (MRS)**

| **Companion Case Information** | **Companion Case Number:** 26-cr-20517 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Judith E. Levy |
| ☒ **Yes** ☐ **No** | **AUSA's Initials:** s/AH |

**Case Title:** USA v. Anthony Jones et al.

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

__✓__Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below].***

[redacted]

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 6, 2026
Date

s/Andrea Hutting
Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9110
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.